McAvoy, Martin, O'Malley and Townley, JJ.; McAvoy and O'Malley, JJ., dissent and vote for affirmance.

CITY TRUST COMPANY, Appellant, v. VULCANO RESTAURANT Co., INC., and Others, Defendants, Impleaded with SALVATORE A. FARENGA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

21 WEST EIGHTY-SIXTH STREET CORPORATION, Appellant, v. UNION INDEMNITY COMPANY, Respondent. UNION INDEMNITY COMPANY, Plaintiff, v. 21 WEST EIGHTY-SIXTH STREET CORPORATION, Defendant. UNION INDEMNITY COMPANY, Plaintiff, v. 21 WEST EIGHTY-SIXTH STREET CORPORATION, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Plaintiff in the Municipal Court to become the plaintiff herein. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ISAAC ROSENBERG, Appellant, v. ANNE CHAZEN, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of IRVING TRUST COMPANY, Trustee in Bankruptcy of TIMES SQUARE AUTO SUPPLY Co., INC., Bankrupt, for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks, to Pay over Certain Moneys in His Possession as Liquidator of The Bank of United States.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

HELEN CATHERINE WHITEMAN, Appellant, v. WAYNE HUSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

HILDA TROSHOW, Respondent, v. B. ALTMAN & COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [140 Misc. 420.]

CHARLES A. TROSHOW, Respondent, v. B. ALTMAN & COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [140 Misc. 420.]

MURRAY B. MACHLIN, Suing for Himself as Stockholder and All Other Stockholders of the INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation, Respondent, v. ARTHUR GALSTON and Others, Defendants, Impleaded with INTERNATIONAL ASSETS CORPORATION and INTERNATIONAL TRUST COMPANY, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

VINCENT A. JACOBS, Respondent, v. SALLY FROCKS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

VINCENT A. JACOBS v. SALLY FROCKS, INC.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ROSE SILK MILLS, INC., Respondent, v. SAMUEL ZAHLER and Another, Appellants.— Order so far as appealed from modified by denying item 8 in so far as